### 21552. PATTERSON v. THE STATE.

BROYLES, C. J. This case is controlled by the decision of this court in the companion case of *State* v. *Jenkins*, ante, 476.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JULY 15, 1931.

*P. Z. Geer,* for plaintiff in error. *J. A. Drake, solicitor,* contra.